# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HERBERT L. CAMPBELL,** | CASE NO. 4:08CV3092 |
| **Petitioner,** | |
| v. | **MEMORANDUM AND ORDER** |
| **BOB HOUSTON, Director, and UNKNOWN BAKEWELL, Warden,** | |
| **Respondents.** | |

Petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (filing no. 1), an application to proceed in forma pauperis (filing no. 2), and a copy of his institutional trust account statement (filing no. 3-2, attach. 1).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). However, pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering Petitioner's financial status as shown in the records of this court, provisional leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the fee at this time.

IT IS THEREFORE ORDERED that:

The application to proceed in forma pauperis (filing no. 2) is provisionally granted and Petitioner will not be required to pay the $5.00 fee at this time.

Dated this 27th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge